UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**STEVEN E BURGAUER**, as Trustee of
the Paul D. Burgauer Revocable Living
Trust, dated May 25, 1987 and as
amended, an Irrevocable Trust

    Plaintiff,

v.                                                                                                                                               Case No: 5:23-cv-708-PRL

**PREMIER TRUST, INC.**,

    Defendant.
_____

### ORDER

Before the Court is the defendant's motion to stay the case management and scheduling order ("CMSO") and vacate its deadlines pending a ruling on its motion to dismiss.[1] (Doc. 26). Here, given the general agreement of the parties and the fact that any delay in the discovery process is outweighed by the number of issues raised in the pending motion to dismiss, Defendant's motion to stay (Doc. 26) is **granted**. Discovery is **stayed** pending resolution of the defendant's motion to dismiss, and the current CMSO deadlines are **vacated**. If the motion to dismiss is denied, then the Court will schedule a deadline for the defendant to file its answer and for counsel to file an amended case management report under Local Rule 3.02.

---

[1] The plaintiff does not object to the instant relief requested, but "does not waive anything including but not limited to objecting to Defendant attempting to add additional parties." (Doc. 26 at 8). The most recent deadline for the parties was May 13, 2024, to add parties or amend the pleadings. (Docs. 24 & 25).

**DONE** and **ORDERED** in Ocala, Florida on May 16, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties